**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL HENREID,<br>    Plaintiff,<br>    v.<br>RAYMOND NEAL HAYNES, DAVID SOTELO, and RICHARD SKAGGS,<br>    Defendants. | Case No.:  2:23-cv-02797-DJC-DB<br><br>**ORDER** |

Before the Court is Plaintiff's Response to the Court's Order to Show Cause. (ECF No. 6).  Therein, Plaintiff asserts service of the summons and file-stamped complaint on Defendant Raymond Neal Haynes via e-mail; however, an individual residing within a judicial district of the United States may be served in a judicial district of the United States by:  1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or 2) doing any of the following:  A) delivering a copy of the summons and of the complaint to the individual personally; B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and

discretion who resides there; or C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.  See Fed. R. Civ. P. 4(e).  Neither Rule 4, nor California Code of Civil Procedure 415.10-415.95 allow for electronic service of the summons and complaint.  Accordingly, the Court finds that Plaintiff failed to timely serve Defendant as required by Fed. R. Civ. P. 4(m).

However, in the interest of justice, and in light of Plaintiff's First Amended Complaint, ECF No. 5, the Court DISCHARGES its Order to Show Cause, ECF No. 6.  Further, the Court ORDERS Plaintiff to review Rule 4 and properly serve all defendants named in the First Amended Complaint.  Failure to do so may result in the Court dismissing this action without prejudice.  See Fed. R. Civ. P. 4(m).  See also E.D. Cal. L.R. 110.

Finally, recognizing that Plaintiff is appearing in propria persona, this matter is REFERRED to the assigned Magistrate Judge for all further proceedings, including dispositive and non-dispositive motions and matters.  See E.D. Cal. L.R. 302(c)(21).  Any pending deadlines and hearings set before District Judge Daniel J. Calabretta are VACATED.  The parties shall take note that all documents hereafter filed with the Clerk of the Court shall bear case number:  2:23-cv-02797-DJC-DB (PS).

IT IS SO ORDERED.

Dated:  May 14, 2024            /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE