UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HENREID,<br><br>          Plaintiff,<br><br>     v.<br><br>RAYMOND NEAL HAYNES, DAVID SOTELO, and RICHARD SKAGGS,<br><br>          Defendants. | No.  2:23-cv-02797-DJC-SCR<br><br><br>ORDER |

Plaintiff Paul Henreid proceeds in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On April 14, 2025, the Magistrate Judge filed Findings and Recommendations which were served on the Parties and which contained notice that any objections to the Findings and Recommendations were to be filed within 14 days.  (ECF No. 42.)  Therein, the Magistrate Judge recommended that Defendants Richard Skaggs and Raymond Neal Haynes' Motion to Dismiss (ECF No. 17) be granted as to all causes of action without leave to amend, and that Defendant Judge David Sotelo's Motion to Dismiss (ECF No. 19) also be granted as to all causes of action without leave to amend.  The Magistrate Judge further recommended that Defendants Skaggs and

1

Haynes' Motion for Sanctions (ECF No. 18) be granted in the amount of $10,000. Plaintiff has filed Objections to the Findings and Recommendations. (ECF No. 43.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of the Magistrate Judge's recommendations that Plaintiff's claims against Defendants Skaggs, Haynes, and Judge Sotelo be dismissed without leave to amend. Having carefully reviewed the entire file, the Court finds these recommendations to be supported by the record and by proper analysis.

The Court has also reviewed the Magistrate Judge's recommendation that the Court impose $10,000 in sanctions on Plaintiff for clear error, which is a significantly deferential standard. *See Maisonville v. F2 America, Inc.*, 902 F.2d 746, 747–48 (9th Cir. 1990) (finding monetary sanctions imposed under Federal Rule of Civil Procedure 11 were "non-dispositive matters properly ordered by the magistrate and reviewed by the district court for clear error"); *see also Concrete Pipe & Prods. of Cal., Inc. v. Constr. Laborers Pension Tr. for S. Cal.*, 508 U.S. 602, 623 (1993) ("[R]eview under the 'clearly erroneous' standard is significantly deferential, requiring a 'definite and firm conviction that a mistake has been committed.'"). Having reviewed the file, the Court finds no clear error here, as the Magistrate Judge carefully considered the necessity of imposing sanctions, the proper amount to impose, and any mitigating factors in making his recommendation. (*See* ECF No. 42 at 22–25.)

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 42) filed April 14, 2025, are ADOPTED in full;
2. Defendants Skaggs and Haynes' Motion to Dismiss (ECF No. 17) is GRANTED as to all causes of action WITHOUT LEAVE TO AMEND;
3. Defendant Judge Sotelo's Motion to Dismiss (ECF No. 19) is GRANTED as to all causes of action WITHOUT LEAVE TO AMEND; and

////

1    4. Defendants Skaggs and Haynes' Motion for Sanctions against Plaintiff
2       (ECF No. 18) is GRANTED in the amount of $10,000.
3    5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **August 12, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

3