UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HENREID,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYMOND NEAL HAYNES, DAVID SOTELO and RICHARD SKAGGS,<br><br>    Defendants. | No. 2:23-cv-2797 DJC SCR<br><br><br>ORDER |

The Court referred Plaintiff's motion to amend the judgment (ECF No. 48) to the Magistrate Judge for issuance of findings and recommendations. ECF No. 49. On October 10, 2025, the Magistrate Judge filed findings and recommendations which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 52. Plaintiff filed objections to the findings and recommendations, as well as a renewed motion for leave to file a Second Amended Complaint ("SAC"). ECF Nos. 53-54.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of Plaintiff's motion to amend the judgment. Having carefully reviewed the entire file, the Court finds the findings and

1

1  recommendations to be supported by the record and by proper analysis.  Moreover,
2  Plaintiff's renewed motion for leave to file a SAC is an improper post-judgment motion
3  that the Court will not entertain.  *See Lindauer v. Rogers*, 91 F.3d 1355, 1357 (9th Cir.
4  1996) ("[O]nce judgment has been entered in a case, a motion to amend the
5  complaint can only be entertained if the judgment is first reopened under a motion
6  brought under Rule 59 or 60.").

7      Accordingly, IT IS HEREBY ORDERED that:

8      1.  The findings and recommendations filed October 10, 2025 are adopted in
9  full;

10      2.  The Motion to Amend Judgment (ECF No. 48) is DENIED;

11      3.  The Motion the Amend the Amended Complaint (ECF No. 54) is DENIED;
12  and

13      4.  No further filings will be accepted in this closed case.

15      IT IS SO ORDERED.

16  Dated:  **December 5, 2025**

    Hon. Daniel J. Calabretta
    UNITED STATES DISTRICT JUDGE

2